UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 1115 FIFTH AVENUE CORPORATION,<br><br>       Plaintiff,<br><br>  vs.<br><br>ADMIRAL INDEMNITY COMPANY and DOES 1 through 10, inclusive,<br><br>       Defendants. | 1:19-cv-09144-VSB<br><br>**NOTICE OF MOTION FOR ADMISSION OF ALEXANDRA ROJE, ESQ. <u>PRO HAC VICE</u>** |

  Pursuant to Local Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Alexandra A. Roje, Esq. hereby moves this Court for an Order for admission *pro hac vice* to appear as counsel for Plaintiff 1115 Fifth Avenue Corporation in the above captioned action.

  As my accompanying affidavit demonstrates, Ms. Roje is in good standing of the bar of California and there are no pending disciplinary proceedings against her in any state or federal court. She has never been convicted of a felony. She has never been censured, suspended, disbarred or denied admission or readmission by any court. Pursuant to Local Rule 1.3, the affidavit of Alexandra A. Roje is attaached.

Dated: Los Angeles, California
   October 25, 2019

Respectfully Submitted,

By: /s/ Alexandra Roje
Alexandra Roje, Esq.
Lathrop Gage LLP
1888 Century Park East, Suite 1000
Los Angeles, CA 90067-1623
Direct: 310.789.4600 | Fax: 310.789.4601
aroje@lathropgage.com

*Attorneys for Plaintiff 1115 Fifth Avenue Corporation*

TO via ECF:

Christopher Steven Finazzo, Esq.
Adam A. Alster, Esq.
Finazzo Cossolini O'Leary
Meola & Hager, LLC
67 East Park Place, Suite 901
Morristown, NJ 07960
Main: 973-343-4960
Direct: 973-343-4969
Fax: 973-343-4970
christopher.finazzo@finazzolaw.com
adam.alster@finazzolaw.com