**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| 1115 FIFTH AVENUE CORPORATION,<br><br>                              Plaintiff,<br><br>vs.<br><br>ADMIRAL INDEMNITY COMPANY and DOES 1 through 10, inclusive,<br><br>                              Defendants. | 1:19-cv-09144-VSB<br><br>**AFFIDAVIT OF ALEXANDRA ROJE, ESQ. IN SUPPORT OF THE MOTION FOR ADMISSION** *PRO HAC VICE* |

STATE OF CALIFORNIA        )
                                               ) ss.:
COUNTY OF LOS ANGELES  )

ALEXANDRA ROJE, ESQ., being first duly sworn on oath, deposes and says:

1. I am a partner of Lathrop Gage, LLP, located at 1888 Century Park East, Suite 1000, Los Angeles, CA 90067-1623.

2. I submit this affidavit in support of plaintiff 1115 Fifth Avenue Corporation's ("Plaintiff's") motion for my admission to appear *pro hac vice* in this action.

3. I am a member in good standing of the Bar of the State of California and was admitted on or around December 4, 2000. A current Certificate of Good Standing has been annexed hereto as Exhibit 1. I am also admitted to the U.S. District Court for the Central District of California (2000), U.S. District Court for the Southern District of California (2005), the U.S. District Court for the Eastern District of California (2005), U.S. Court of Appeals for the Ninth Circuit (2001).

4. I graduated *magna cum laude* from the University of California, Los Angeles in 1995 and the University of California, Los Angeles School of Law in 2000.

5. I am a partner of Lathrop Gage, LLP's Insurance Recovery practice and have represented policyholder clients in a wide range of insurance coverage disputes involving directors' and officers' liability, product and environmental liability, employment practice liability, first-party property coverage, crime/fidelity coverage, and insurance coverage matters in bankruptcy proceedings.

6. I have never been convicted of a felony.

7. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

8. I do not have any disciplinary proceedings presently pending against me.

9. I respectfully request that the Court enter the accompanying proposed Order granting Plaintiff's application, pursuant to Local Civil Rule 1.3, admitting me to practice before this Court *pro hac vice*.

Dated: October 24, 2019
~~New York, New York~~ Los Angeles CA

_____
Alexandra Roje, Esq.

~~Sworn to this ___ day of October 2019~~

~~Notary Public~~

*see attached*

2

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**  GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

~~1.~~
~~2.~~
~~3.~~
~~4.~~
~~5.~~
~~6.~~

Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 24th day of October, 20 19,
by
(1) Alexandra Roje
(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

LAURA ANN BRAYTON
Commission # 2131750
Notary Public - California
Los Angeles County
My Comm. Expires Oct 26, 2019

Seal
Place Notary Seal Above

——————— *OPTIONAL* ———————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____  Document Date: _____
Number of Pages: _____  Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910



**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

888-800-3400          AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

October 11, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ALEXANDRA A. LIVERMORE, #210566 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 2000; that at her request, on February 28, 2003, her name was changed to ALEXANDRA ANTOINETTE ROJE on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records