**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| 1115 FIFTH AVENUE CORPORATION,<br><br>       Plaintiff,<br><br>vs.<br><br>ADMIRAL INDEMNITY COMPANY and DOES 1 through 10, inclusive,<br><br>       Defendants. | 1:19-cv-09144-VSB<br><br>**ORDER FOR ADMISSION OF ALEXANDRA ROJE, ESQ.** *PRO HAC VICE* |

  The motion of Alexandra Roje, Esq. for admission to practice *pro hac vice* in the above-captioned action is granted.

  Applicant has declared that she is a member in good standing of the bar of California and that her contact information is as follows:

> Alexandra Roje, Esq.
> Lathrop Gage LLP
> 1888 Century Park East, Suite 1000
> Los Angeles, CA  90067-1623
> Direct: 310.789.4600 | Fax: 310.789.4601
> aroje@lathropgage.com

  Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff 1115 Fifth Avenue Corporation in the above captioned action;

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: _____ \_\_\_, 2019

                 _____
                 Judge Vernon S. Broderick