UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 1115 FIFTH AVENUE CORPORATION,<br><br>                      Plaintiff,<br><br>             vs.<br><br>ADMIRAL INDEMNITY COMPANY and DOES 1 through 10, inclusive,<br><br>                    Defendants. | 1:19-cv-09144-VSB<br><br>**AFFIDAVIT OF ALEXANDRA ROJE, ESQ. IN SUPPORT OF THE MOTION FOR ADMISSION *PRO HAC VICE*** |

STATE OF CALIFORNIA      )
                                     ) ss.:
COUNTY OF LOS ANGELES )

ALEXANDRA ROJE, ESQ., being first duly sworn on oath, deposes and says:

    1. I am a partner of Lathrop Gage, LLP, located at 1888 Century Park East, Suite 1000. Los Angeles, CA 90067-1623.

    2. I submit this affidavit in support of plaintiff 1115 Fifth Avenue Corporation's ("Plaintiff" or "1115 Fifth Avenue") motion for my admission to appear *pro hac vice* in this action.

    3. I am a member in good standing of the Bar of the State of California and was admitted on or around December 4, 2000. A current Certificate of Good Standing has been annexed hereto as Exhibit 1. I am also admitted to the U.S. District Court for the Central District of California (2000), U.S. District Court for the Southern District of California (2005), the U.S. District Court for the Eastern District of California (2005), U.S. Court of Appeals for the Ninth Circuit (2001).

    4. I graduated *magna cum laude* from the University of California, Los Angeles in 1995 and the University of California, Los Angeles School of Law in 2000.

5. I am a partner of Lathrop Gage, LLP's Insurance Recovery practice and have represented policyholder clients in a wide range of insurance coverage disputes involving directors' and officers' liability, product and environmental liability, employment practice liability, first-party property coverage, crime/fidelity coverage, and insurance coverage matters in bankruptcy proceedings.

6. I have never been convicted of a felony.

7. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

8. I do not have any disciplinary proceedings presently pending against me.

9. I respectfully request that the Court enter the accompanying proposed Order granting Plaintiff's application, pursuant to Local Civil Rule 1.3, admitting me to practice before this Court on a *pro hac vice* basis.

Dated: November 6, 2019
       Los Angeles, California

                                                           Alexandra Roje, Esq.

Sworn to this 6th day of November 2019

Notary Public

*Please see attached.*

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**   GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

~~1.~~
~~2.~~
~~3.~~
~~4.~~
~~5.~~
~~6.~~

_____    _____
*Signature of Document Signer No. 1*    *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of **Los Angeles**

Subscribed and sworn to (or affirmed) before me on this **6th** day of **November**, 20**19**,
        Date         Month         Year
by
(1) **Alexandra Roje**

(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
*Signature of Notary Public*

LAURA ANN BRAYTON
Notary Public - California
Los Angeles County
Commission # 2307186
My Comm. Expires Oct 26, 2023

*Seal*
*Place Notary Seal Above*

——————————— **OPTIONAL** ———————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____ Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910

# EXHIBIT 1



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *ALEXANDRA ANTOINETTE ROJE*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that ALEXANDRA ANTOINETTE ROJE, #210566, was on the 4th day of December 2000, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 31st day of October 2019.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By:_____
C. Wong, Senior Deputy Clerk