UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                     :

1115 FIFTH AVENUE CORPORATION,    :
                                       :

                      Plaintiff,    :

             - against -         :

                                         :

ADMIRAL INDEMNITY COMPANY, ET   :
AL.,                                       :

                   Defendants.  :
-------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:
DATE FILED: ___9/2/2020___

19-CV-9144 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

        The conference set for September 4, 2020 at 10:30 a.m. is adjourned sine die.  The parties

are directed to file a joint status update if there are any issues for the Court's consideration.

SO ORDERED.

Dated: September 2, 2020
       New York, New York

Vernon S. Broderick
United States District Judge