```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
     :
1115 FIFTH AVENUE CORPORATION,     :
     :
                    Plaintiff,     :
     :     19-cv-9144 (VSB) (DF)
          -against-     :
     :     **ORDER**
ADMIRAL INDEMNITY COMPANY and     :
DOES 1-10, inclusive,     :
     :
                    Defendant.     :
     :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       This case is currently scheduled for a status conference on January 28, 2021. (Doc. 32.)

Accordingly, it is hereby:

       ORDERED that the status conference scheduled for January 28, 2021 in the above-captioned case is ADJOURNED.

       SO ORDERED.

Dated:    January 27, 2021
            New York, New York

                                                    Vernon S. Broderick
                                                  United States District Judge