```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                            :
1115 FIFTH AVENUE CORPORATION,              :
                                            :
                        Plaintiff,          :
                                            :                   19-cv-9144 (VSB) (DF)
            -against-                       :
                                            :                        ORDER
ADMIRAL INDEMNITY COMPANY and               :
DOES 1-10, inclusive,                       :
                                            :
                        Defendant.          :
                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

This case is currently scheduled for a status conference on May 13, 2021. (Doc. 32.) In light of the referral to Magistrate Judge Debra Freeman for general pretrial, (Doc. 34), and in light of the existing discovery dispute between the parties, it is hereby:

ORDERED that the status conference scheduled for May 13, 2021 in the above-captioned case is ADJOURNED sine die. If the parties still wish to have a conference before me before the end of the discovery period, they are welcome to request so in a joint filing with proposed dates.

SO ORDERED.

Dated:   May 11, 2021
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge