```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------  X
                                          :   19cv9144 (DLC)
1115 FIFTH AVENUE CORPORATION,            :
                                          :        ORDER
                         Plaintiff,       :
                                          :
          -v-                             :
                                          :
ADMIRAL INDEMNITY COMPANY and DOES 1-     :
10,                                       :
                                          :
                         Defendants.      :
                                          :
----------------------------------------  X
```

DENISE COTE, District Judge:

This case has been reassigned to me for all purposes. On November 10, 2020, the above captioned case was referred to Magistrate Judge Debra C. Freeman for general pretrial purposes. Accordingly, it is hereby

ORDERED that the general pretrial referral is vacated.

SO ORDERED:

Dated:   New York, New York
         September 17, 2021

                                  _____
                                         DENISE COTE
                                  United States District Judge