# FINAZZO COSSOLINI O'LEARY
# MEOLA & HAGER, LLC
Counselors at Law

**Christopher S. Finazzo, Esq.**
Christopher.Finazzo@finazzolaw.com
Direct Dial: (973) 343-4961

67 East Park Place, Suite 901
Morristown, NJ 07960
Main (973) 343-4960
Fax (973) 343-4970
www.finazzolaw.com

**New York Office**
5 Penn Plaza, 23rd Fl.
New York, NY 10001
Main (646) 378-2033
Fax (646) 378-2001

October 5, 2021

Via ECF
Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*[Handwritten note: The conference is adjourned to 10/15 at 4 pm. /s/ Denise Cote 10/5/21]*

RE:  1115 Fifth Avenue Corporation v. Admiral Indemnity Company, et al.
     Case No. 19-cv-9144 (DLC)

Your Honor:

    We are the attorneys for Defendant Admiral Indemnity Company ("Admiral") in this matter. With the consent of Plaintiff 1115 Fifth Avenue Corporation, we submit this letter to respectfully request a short adjournment of the Telephonic Pretrial Conference scheduled by Your Honor for October 13, 2021 at 3:00 PM.

    I am the attorney for two defendant parties and a member of the joint defense group in a very large first party insurance coverage case pending before The Honorable Thomas J. Walsh in the Superior Court of New Jersey, Union County. In that matter, Merck & Co., Inc. v ACE American Insurance Company, et. al., Judge Walsh has scheduled for oral argument on October 12 and 13, 2021, sixteen motions for summary judgement or partial summary judgement. I am involved in more than one of those arguments and expected by both the Court and my clients to be present for them all. The present plan is that the arguments will be in person.

    Because of this conflict, I must respectfully request an adjournment of the October 13, 2021 Pretrial Conference in the captioned matter. Both Alexandra Roje, counsel for Plaintiff, and I would be available for the Conference if it is rescheduled to either October 15 or 22. Also, because Ms. Roje is on the west coast, we jointly request that the Conference be rescheduled for a time no earlier than 11:00 AM eastern time.

    We thank Your Honor for your time and consideration of the above request.

Hon. Denise L. Cote
U.S. District Judge
October 5, 2021
Page **2** of **2**

                Respectfully submitted,

                */s/ Christopher S. Finazzo*
                Christopher S. Finazzo, Esq.

Cc:  Alexandra A. Roje, Esq.
    Joshua J. Pollack, Esq,
    Anthony Galano, III, Esq.
    Fawn Lee, Esq.
    Adam A. Alster, Esq.

    All via ECF and Email