```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :    19cv9144 (DLC)
1115 FIFTH AVENUE CORPORATION,           :
                                         :         ORDER
                    Plaintiff,           :
                                         :
            -v-                          :
                                         :
ADMIRAL INDEMNITY COMPANY and DOES 1-    :
10,                                      :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

As set forth on the record at a telephonic conference held on October 15, 2021, it is hereby

ORDERED that the defendant shall provide marked-up documents proposing redactions for in camera review by **October 20, 2021.**

IT IS FURTHER ORDERED that plaintiff's identification of an engineering expert and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., must occur by **November 12, 2021.** Defendant's identification of engineering experts, including any rebuttal engineering expert, and disclosure of their expert testimony must occur by **December 17, 2021.**

IT IS FURTHER ORDERED that plaintiff's identification of a bad faith expert and disclosure of expert testimony must occur by **December 17, 2021.** Defendant's identification of rebuttal

bad faith experts and disclosure of their expert testimony must occur by **January 21, 2022.**

IT IS FURTHER ORDERED that defendant's identification of any remaining expert and disclosure of expert testimony must occur by **December 17, 2021.**  Plaintiff's identification of rebuttal experts and disclosure of their expert testimony must occur by **January 21, 2022.**

IT IS FURTHER ORDERED that depositions of expert witnesses must occur by **February 11, 2022.**

IT IS FURTHER ORDERED that the parties shall retain a private mediator and promptly schedule mediation to occur no later than **January 2022.**  The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

IT IS FURTHER ORDERED that any motion for summary judgment shall be served by **March 18, 2022.**  Any opposition is due **April 8, 2022.**  Any reply is due **April 22, 2022.**  At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that in the event no motion for summary judgment is served, the Joint Pretrial Order must be

filed by **March 18, 2022**.  As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order:  Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial.  Any responsive papers are due one week thereafter.  In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law should not be submitted unless in reply to an unanticipated legal argument in the other party's Memorandum of Law.

    SO ORDERED:

Dated:    New York, New York
           October 18, 2021

                                              _____
                                                DENISE COTE
                                     United States District Judge