```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :   19cv9144 (DLC)
1115 FIFTH AVENUE CORPORATION,           :
                                         :        ORDER
                       Plaintiff,        :
                                         :
           -v-                           :
                                         :
ADMIRAL INDEMNITY COMPANY and DOES 1-    :
10,                                      :
                                         :
                       Defendants.       :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On October 20, 2021, pursuant to an Order of October 18, Admiral Indemnity Company ("Admiral") submitted ten documents with proposed redactions for in camera review. Having reviewed the documents, it is hereby

ORDERED that the proposed redactions are approved with the following two exceptions.

1.   Sambursky-Subpoena 000027-000042: Approved, with the exception of the third full paragraph on page 11, beginning with "In the insured's November 13, 2018 letter" and concluding with "caused by that Covered Cause of Loss."

2. <u>Sambursky-Subpoena 000043-000056</u>: Approved, with the exception of the third full paragraph on page 9, beginning with "In the insured's November 13, 2018 letter" and concluding with "caused by that Covered Cause of Loss."

SO ORDERED:

Dated:  New York, New York
        October 21, 2021

                                          _____
                                                    DENISE COTE
                                      United States District Judge