UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                    :

1115 FIFTH AVENUE CORPORATION,      :        19cv9144 (DLC)
                                      :

                     Plaintiff,    :        ORDER OF
                                      :        DISCONTINUANCE
      -v-                      :

ADMIRAL INDEMNITY COMPANY and DOES 1-  :
10,                                  :

                    Defendants.  :

------------------------------------------ X

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **March 3, 2022**.  If no such application is made by that date, today's dismissal of the action is with prejudice.  See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          February 1, 2022

                                _____
                                   DENISE COTE
                    United States District Judge